**Order filed October 2, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00588-CR

_____

**JENNIFER CHRISTINE WAITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 13**
**Harris County, Texas**
**Trial Court Cause No. 1848166**

---

## ORDER

Appellant is represented by retained counsel, Troy McKinney. Appellant's brief was originally due **July 1, 2014.** We granted two extensions of time to file appellant's brief until September 5, 2014. No brief was filed. On September 11, 2014, appellant was notified her brief was past due. On September 26, 2014, appellant filed a third motion for extension of time to file her brief, until October 27, 2014.

Because it has been 90 days since appellant's brief was originally due, we grant the request, but issue the following order.

We order Troy McKinney to file a brief with the clerk of this Court on or before October 27, 2014. No further extensions will be considered absent exceptional circumstances. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.


PER CURIAM



Panel consists of Justices McCally, Brown and Wise.